# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| DEREK DAVIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:18-cv-2060-MHH-SGC |
| ) | |
| DHS/ICE, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, challenging the legality of the petitioner's continued detention by federal immigration authorities pending his removal from the United States. On October 8, 2019, the magistrate judge entered a report in which she recommended that the Court dismiss this action without prejudice as moot because Mr. Davis has been removed from the United States to the United Kingdom. (Doc. 31). On October 25, 2019, the U.S. Postal Service returned Mr. Davis's copy of the report mailed to his last known address as undeliverable with the notation, "Released 9/5/2019." The respondents have indicated the petitioner did not leave a forwarding address (Doc. 30-1), and Mr. Davis has not supplied an updated address.

Having reviewed the materials in the court record, the Court adopts the magistrate judge's report and accepts her recommendation. Accordingly, the Court

grants the respondents' motion to dismiss and will dismiss Mr. Davis's petition without prejudice as moot. A separate order will be entered.

The Court asks the Clerk to please serve a copy of this memorandum opinion and the accompanying final judgment on counsel for the respondents. Because Mr. Davis no longer is housed at the Etowah County Detention Center and has not provided a forwarding address, service of the memorandum opinion and final judgment on Mr. Davis at the detention center would be futile.

**DONE** this 6th day of November, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE